Clerk
Court of Appeals
Seventh District of Texas
Potter County Court Building
501 S Fillmore, Suit. 2-A
Amarillo, Texas 79101-2449.

FILED
JUN 15 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

June: 9-15

Re: No 07-15-00090-cv.
Evangelos Pagonis v. Catherine Thomas.

Dear Ms Long

I have convenantly has been reasigned to another unit, to prevent me from gathering statement and affidavits. From the defendants co-worker whom witness Her action and the offender that also witnessed the same.
As Rules require me to do.

Evangelos Pagonis unit of Reasigment.
Lynaugh unit
1098 S, Hwy 2037
Fort Stockton, Tx 79735

Sincerely
Evangelos Pagonis

EVAN PASQUEZ 1626253
LYNAUGH UNIT
1098 S. Hwy 2037
FORT STOCKTON, TX 79735

MIDLAND / ODESSA
TX 797 1 L
10 JUN 2015 PM

Legal

Clerk.

Court of Appeals

Seventh District of Texas.

501. S. Fillmore, Suit 2. A

Amarillo, Texas 79101 - 2449.

79101+2449